CAUSE NO. 007-0396-03

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 7TH JUDICIAL |
| | § | |
| VS. | § | DISTRICT COURT IN AND FOR |
| | § | |
| WILLIE RAY | § | SMITH COUNTY, TEXAS |

**ORDER DENYING DEFENDANT'S PETITION FOR REFORMATION OF JUDGMENT**

On the 27th day of November, 2012, the above-entitled and numbered cause came before the Court for the purpose of Defendant Willie Ray's Petition for Reformation of Judgment filed on November 16, 2012. The Court takes judicial notice of the Court's file herein and the evidence presented.

The Court finds that Defendant Willie Rays's Petition for Reformation of Judgment should be **DENIED**.

**IT IS THEREFORE ORDERED** that Willie Rays's Petition for Reformation of Judgment is **DENIED**.

**IT IS SO ORDERED**.

Signed on this the 27th day of November, 2012.

HONORABLE KERRY L. RUSSELL
Judge, 7th Judicial District Court
Smith County, Texas

cc:    Willie Ray
TDCJ# 1210691
Louis C. Powledge Unit
1400 FM 3452
Palestine, TX 75803

FILED

NOV 2 8 2012

_____ COURT, SMITH CO., TX
DEPUTY